UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAVID HINTZ and <br> PATRICIA HINTZ, <br>       PLAINTIFFS <br>   vs. <br> GOEN TECHNOLOGIES <br> CORPORATION, NUTRAMERICA <br> CORPORATION, and TRIMSPA, a <br> division of GOEN TECHNOLOGIES <br> CORPORATION, <br>       DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> )  CAUSE NO. 3:04-CV-228 RM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

<u>MEMORANDUM AND ORDER</u>

Based upon the representation of the mediator that the parties have reached a settlement, the court now DENIES as moot with leave to reinstate: the motion for leave to file an oversized brief [Doc. No. 117]; the motions for summary judgment [Doc. Nos. 118 & 123]; the motion in limine [Doc. No. 119]; the motions to strike [Doc. Nos. 120, 122, & 128]; the motion to compel [Doc. No. 135]; and the motion for extension of time [Doc. No. 143]. Moreover, the court VACATES the final pretrial conference scheduled for May 1 and the trial set to begin on May 8, and DIRECTS the parties to file their dismissal papers within thirty days of this date.

     SO ORDERED.

     ENTERED:  January 20, 2006

                /s/ Robert L. Miller, Jr.
                Chief Judge
                United States District Court